IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs ) | Case No. 3:05CR0149-TMR |
| ) | |
| ) | |
| MOHAMED RADWAN OBEID ) | |

ORDER TERMINATING SUPERVISED RELEASE

The above named was placed on supervised release on  October 31, 2006  for a period of  three (3)  years. Based on the recommendation of the U.S. Probation Officer and for good cause shown it is hereby ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Dated this  2  day of  November, 2009

Thomas M. Rose
United States District Court Judge